IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds,<br><br>        Plaintiffs,<br><br>  v.<br><br>MASTER DESIGN BUILD, LLC, an Illinois corporation,<br><br>        Defendant. | Case No. 23 cv 15247<br><br>Judge Rowland |

## MOTION FOR ENTRY OF JUDGMENT IN SUM CERTAIN

Now come Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers; District Council Retiree Health and Welfare Fund, and Catherine Wenskus (collectively referred to hereinafter as the "Funds"), by and through their attorney, Amy Carollo, and hereby move this Court for the entry of judgment in sum certain against Defendant Master Design Build, LLC (hereinafter "Master Design" or the "Company"). In support of this Motion, Plaintiffs state as follows:

1. The Funds filed their Complaint on October 23, 2023, seeking to compel the Company to submit its benefit and dues reports for the period of July 2023 forward, to collect all amounts found due and owing on those reports including contributions/dues, interest, and liquidated

damages, to compel the Company to submit its books and records to an audit, and to compel the Company to obtain and maintain a surety bond.

2. The Court entered an order of default against the Company on December 18, 2023.

3. The audit was completed; it was sent to the Company via U.S. Mail and email for review and any potential challenges. As of the date of this filing, the Company has not provided challenges.

4. After conferring with the Union, the Funds revised the audit.

5. The individuals listed in the revised audit are all known laborers that the Company previously paid benefits on to the Funds. *See* Declaration of Rocco Marcello, ¶ 10, attached hereto as Exhibit A. Most of the audit findings were for unpaid August through November 2023 reports. *See* the Audit, Exhibit A-8. The submission and payment of the August through November 2023 reports are included in Count I and II of Plaintiffs' Complaint.

6. Pursuant to Section 502(g)(2) of the Employees Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. § 185, Plaintiffs are entitled to judgment in their favor and against Master Design Build, LLC in the amount of $26,986.57 as follows:

(a) $20,559.77 in unpaid contributions, dues, interest, liquidated damages, accumulated liquidated damages, and audit costs on the audit for the period of January 1, 2021 through November 20, 2023. *See* Exhibit A, ¶ 9.

(b) $6,426.80 in attorney's fees and costs expended to date in this matter. *See* Declaration of Amy Carollo, attached hereto as Exhibit B.

(c) an order directing the Company to obtain and maintain a surety bond.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendant Master Design Build, LLC in the amount of $26,986.57 representing $20,559.77 in unpaid contributions, dues, interest, liquidated damages, accumulated liquidated damages and audit costs due on the audit of the Company's books and records for the period of January 1, 2021 through November 30, 2023 and $6,426.80 in attorney's fees and costs expended to date in this matter. Plaintiffs further respectfully request that this Court order the Defendant to obtain and maintain a surety bond and to pay all post-judgment interest on the judgment amount from the date of judgment until judgment is paid in full.

    Respectfully submitted,

July 17, 2024    Laborers' Pension Fund, et al.

    By: /s/ Amy Carollo

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540